135 F.3d 765
 Susan Marie Macknik, Administratrix of Estate of Theodore T.
Macknik, Jr., Francis J. Santo, Evans Delivery
Company, Inc., Century Express, Ltd.,
Edward G. Caslin
v.
Fireman's Fund Insurance, Tokyo Marine & Fire Insurance Co.,
Ltd., West Chester Fire Insurance Co., Kawasaki
Kisen Kaisha, Ltd., International
Insurance Company
 NO. 97-1356
 United States Court of Appeals,
Third Circuit.
 Dec 11, 1997
 Appeal From: E.D.Pa. ,No.95cv07838
 
 1
 Affirmed.